1  Maureen E. Clark, State Bar No. 179723
   Cathy Anderson, State Bar No. 146458
2  CLINKENBEARD, RAMSEY & SPACKMAN, LLP
   Post Office Box 21007
3  Santa Barbara, California  93121
   Telephone:  (805) 965-0043
4
   Attorneys for Defendant SHERI ANDERSON
5

6

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  DIANNA O'SHEA; KERRY                 CASE No. CV 08-07357 ODW
    O'SHEA; K.O., a minor by and         (FFMx)
12  through her Guardian Ad Litem,
    ANDREA KENDRICK; S.O., a             **NOTICE OF UNAVAILABILITY**
13  minor by and through his Guardian
    Ad Litem, WENDY RUHR
14
                 Plaintiffs,
15
    v.
16
    COUNTY OF VENTURA;
17  COUNTY OF VENTURA HUMAN
    SERVICES AGENCY; COUNTY
18  OF VENTURA SHERIFF'S
    DEPARTMENT; RAYCHEL
19  CUTLER; CAMERON
    McMULLEN; JACLYN RHODES;
20  JEANNENE ROBERTS; BARBARA
    PAYTON; LUIS ALVAREZ;
21  ANTHONY AGUIRRE; JEFF HILL;
    OFFICER HARTKOP; SHERI
22  ANDERSON; and DOES 1 through
    10, inclusive,
23
                 Defendants.
24  _____/

25

26  TO ALL COUNSEL, THE COURT AND ALL PARTIES:

27       PLEASE TAKE NOTICE that between the dates of June 19, 2009 and July 3,

28  2009, inclusive, counsel for defendant Sheri Anderson, will be unavailable for hearings,

                                    1

1 | depositions or other appearances due to a prepaid, planned vacation.

2 | Dated: May 27, 2009.     CLINKENBEARD, RAMSEY & SPACKMAN, LLP

3

4 | By _Mauree E Clk_____
       Maureen E. Clark

5      Attorneys for Defendant SHERI ANDERSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28